UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO ROSAS RODRIGUEZ, for himself and on behalf of those similarly situated

        Plaintiff,

v.                                    Case No: 2:15-cv-106-FtM-38DNF

TCB NAPLES LLC,

        Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on the Plaintiff, Mario Rosas Rodriguez and the Defendant, TCB Naples, LLC's Joint Settlement and Trial Report (Doc. #18) filed on June 29, 2015. In their Joint Report, the Parties request a settlement conference before the United States Magistrate Judge, therefore, this matter will be referred for that purpose.

Accordingly it is now

**ORDERED:**

This matter is referred to the Honorable Carol Mirando to conduct a settlement conference and issue any order deemed appropriate thereafter. The Parties are directed to contact Judge Mirando's chambers to arrange for a mutually agreeable time to conduct the conference.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of July, 2015.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record