UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARIO ROSAS RODRIGUEZ, for himself and on behalf of those similarly situated

    Plaintiff,

v.                                                              Case No: 2:15-cv-106-FtM-38MRM

TCB NAPLES LLC,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Carol Mirando (Doc. #29) filed on October 26, 2015. Judge Mirando recommends granting the parties' Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. #28) as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. The Parties do not object to the Report and Recommendation. This matter is ripe for the Court's review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. See 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See *Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After independently examining the file and upon considering Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #29).

Accordingly, it is now

**ORDERED:**

The Report and Recommendation of Magistrate Judge Carol Mirando approving the Settlement Agreement of the Fair Labor Standards Act (FLSA) claim (Doc. #29) is **ACCEPTED and ADOPTED**.

1. The parties' Joint Motion to Approve Settlement Agreement and Stipulation for Dismissal with Prejudice (Doc. #28) is **GRANTED**, and the Settlement Agreement is approved as fair and reasonable.

2. The Clerk of Court is **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record